VILLAGE OF GARDEN CITY, Respondent, *v.* WILLIAM E. ROEDER et al., Defendants, and COUNTY OF NASSAU, Appellant.

Argued March 6, 1939; decided April 4, 1939.

James L. Dowsey, County Attorney (Martin W. Littleton, Jr., and Eugene R. Hurley of counsel), for appellant.

George L. Hubbell, Jr., Daniel S. Murphy and John J. Gibson for respondent.

Jerome L. Loewenberg and George A. Gibson for Union Free School District No. 24 of Sea Cliff, Nassau county, amicus curiæ.

E. J. Dimock, Arnold Frye and Samuel M. Levy for Nassau County Village Officials Association, amicus curiæ.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.